IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00274-MSK-MJW

CHRISTINA KEMMERLING, f/k/a Christina Carnes,

    Plaintiff,

v.

BONDED CREDIT BUREAU, INC., a Kentucky corporation,
d/b/a DRS BONDED COLLECTION SYSTEMS,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice **(#15)** filed May 19, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 19th day of May, 2006.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge